UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.
Andrew L. Long

CITATION/CASE NO. 5:09-cr-18 (BAK)
(L0148153 / L0148125)

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 150 / 150       ( ) **Penalty ASSESSMENT** of $ _____

( ) **PROCESSING Fee** of $ _____    for a **TOTAL AMOUNT** of $ 300.00 ,

paid within  by 1/12/2010  days / months **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

(✓) REVIEW/Post Sentencing HEARING DATE:  1/12/2010  at  9:30  a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✓) COMMUNITY SERVICE  5 days work w/BLM Ridgecrest
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | | CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | ✓ | CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED:  11/5/2009          /s/ A.C. Leon-Guerrero
                       for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007